# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1661
LT Case No. 1994-CF-3303-B

_____

MICHAEL STOLL,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition to Invoke All Writs,
A Case of Original Jurisdiction.

Michael Stoll, Raiford, pro se.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Respondent.

March 14, 2025

PER CURIAM.

This Court previously denied on the merits in part and dismissed for lack of jurisdiction as to the remainder, Petitioner's petition to invoke all writs stemming from Seminole County Circuit Court Case No. 1994-CF-3303-B. Because it appears that Petitioner's repeated motions and other filings are abusive, repetitive, malicious, or frivolous, Petitioner is cautioned that any

further pro se filings in this Court asserting claims stemming from the identified case number may result in sanctions such as a bar on pro se filings in this Court and referral to prison officials for disciplinary proceedings, which may include forfeiture of gain time. *See* § 944.279(1), Fla. Stat. (2024); *State v. Spencer*, 751 So. 2d 47 (Fla. 1999).

PETITIONER WARNED.

MAKAR, EISNAUGLE, and SOUD, JJ., concur.